IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**DAVID HYDRICK**                                                                                          **PLAINTIFF**

**v.**                              **No. 2:12CV00115 KGB**

**CITY OF AUGUSTA, ARKANSAS;**
**CHIEF DAVID BEST; and**
**MAYOR ROCKY TIDWELL**                                                                  **DEFENDANTS**

### ORDER

The parties have filed a joint stipulation for dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Dkt. No. 12). Accordingly, this action is dismissed without prejudice. Plaintiff shall bear the costs of this action.

SO ORDERED this 30th day of April, 2013.

_____
Kristine G. Baker
United States District Judge